December 3, 2002

Charles Sheldon
P.O. Box 8306
Tacoma, WA 98418-0306

Re: Case Number C02-5628RBL

Answer



Charles:

I have received your request to partition our property. I am responding to your Relief Request as follows:

In order to partition this property per the DECEDENT'S WILL, IT STATES I GIVE ONE HALF (1/2), THREE AND ONE FOURTH (3 1/4) ACRES OF REAL PROPERTY LOCATED NEAR 75TH AND VALLEY AVENUE EAST, PUYALLUP, WASHINGTON 98371, TO WILLIAM NELSON.

The request from Plaintiff for Parcel A to be five acres is DENIED by the Defendant William Nelson. I the Defendant am willing to accept Parcel B for three acres and the Plaintiff with Parcel A would receive 4 ½ acres.

The request for Plaintiff to receive a thirty foot easement is DENIED by the Defendant William Nelson. I the Defendant am willing to accept the Plaintiff to have a fifeteen foot easement.

I the Defendant do believe both parties have been told several times by the Bureau of Indian Affairs that if Charles and I do not BOTH agree the property will not be partitioned.

I the Defendant do believe that Charles Sheldon has sold fire works on the property for the past five years, and has successfully made up the monetary difference of the fine line to be drawn.

There is also a pending case Nelson v. Turnipseed case # CV 02-622 at The Puyallup Tribal Court. The Defendant has encroached onto the property as a whole by dumping dirt estimated to be three acres worth in the back, and along the side that divides his property along with ours.

Respectfully,

*William D. Nelson.*

William D. Nelson
December 3, 2002

CC: United States District Court
CC: Puyallup Tribe of Indians, Linda Hayes
CC: Bureau of Indian Affairs, Eunice Henry

CV 02 05628 #00000002